**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JERMAIN D. LEWIS,**
**ADC #161312**                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:17-CV-00191 JM/BD**

**ANDRE L. JORDAN, et al.**                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Lewis's

timely objections, as well as a *de novo* review of the record to consider the matters

specifically objected to, the Court concludes that the Recommendation should be, and

hereby is, approved and adopted as this Court's findings in all respects.

Mr. Lewis's failure-to-protect claims and his claims against Defendant Payne are

DISMISSED, without prejudice.

IT IS SO ORDERED, this 25th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE